NO. <u>PD-1694-15</u>

| | | |
|---|---|---|
| TRACY DIRK WADE | § | IN THE COURT OF |
|     Appellant, | § | |
| | § | RECEIVED IN |
| vs. | § | CRIMINAL APPEALS COURT OF CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |
|     Appellee. | § | |

DEC 28 2015

## PRO SE MOTION REQUESTING
### LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE
### <u>PETITION FOR DISCRETIONARY REVIEW</u>

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS: Abel Acosta, Clerk

COMES NOW,the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and in support thereof would show the Court the following:

1) The style and appeal number in the Court of Appeals Eighth District of Texas, El Paso,Texas is: TRACY DIRK WADE vs. THE STATE OF TEXAS,Appeal: No.# 08-14-00117-CR.

2) The Appellant/Petitioner moves that,pursuant to Rule 2,Texas Rules of Appellate Procedures,this Court suspend Rule 9.3(b),Texas Rules of Appellate Procedure,that requires the filing of eleven (11) copies of the Petition for Discretionary Review with the Court.

3) The facts relied upon to show good cause for this request are,as follows:[ THE APPELLANT IS INDIGENT AND INCARCERATED AND DOES NOT HAVE ACCESS TO A PHOTO COPIER]. The Appellant is presently not represented by counsel and intends to file a Pro Se Petition for Discretionary Review.

WHEREFORE,PREMISES CONSIDERED,the Appellant/Petitioner respectfully requests that this Honorable Court grant leave to file an original copy only of the Petition for Discretionary Review with the Court.

RESPECTFULLY SUBMITTED

*Tracy Dirk Wade*

Tracy Dirk Wade
c/o TDCJ-ID#1916462
James V.Allred Unit
2101 FM 369 N
Iowa Park,Texas,76367

FILED IN
COURT OF CRIMINAL APPEALS

DEC 2 0 2015

Abel Acosta, Clerk

### UNSWORN DECLARATION

I,Tracy Dirk Wade,TDCJ-ID#1916462,do hereby declare under the penalty of perjury pursuant to 28 U.S.C.§1746,that the foregoing "PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW",and the facts stated therein,are true and correct to the best of my first hand personal knowledge and belief. Executed this 28th day of December,2015.

*Tracy Dirk Wade*

Tracy Dirk Wade,Declarant        1        MOTION REQUESTING LEAVE

## CERTIFICATE OF SERVICE

On this 28th day of December,2015,I Tracy Dirk Wade,TDCJ-ID#1916462,do hereby certify that the foregoing "PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW",,was served by personally delivery by me through the mailing of the same in the U.S. Postal Mail Service 1st class postage prepaid,by plAcing same in the mail box at the J.V.Allred Unit's mailroom,addressed to the following address:Clerk Abel Acosta,Court of Criminal Appeals,P.O.Box 12308,Capitol Station,Austin,Texas,78711.

_Tracy Dirk Wade_
Tracy/Dirk Wade,Pro Se